# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kevin J. Reek,                                Civ. No. 20-1864 (WMW/BRT)

             Plaintiff,

v.                                            **ORDER**

Jack Serier, Ramsey Co. Sherrif,
Individual and Official capacities, et al.

             Defendants.

The Court is in receipt of Plaintiff's Letter to the Magistrate Judge. (Doc. No. 28.) The Court finds good cause to extend the deadline for Plaintiff to amend his Complaint. Plaintiff filed a Motion to Remove the Case Back to State Court (Doc. No. 17), and that motion has not yet been resolved. Moreover, on November 17, 2020, the Court referred the Plaintiff to the Pro Se Project. (Doc. No. 27.) The Court will extend the deadline to provide Plaintiff the opportunity to talk with a lawyer until **March 1, 2021**.

The Court also notes that the docket has now been corrected as to Defendant Richard Thomas Joles.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension is **GRANTED**, the deadline for Plaintiff to amend his Complaint is now **March 1, 2021**; and

2. The Clerk's Office is directed to send Plaintiff a copy of the Pro Se Guidebook, as well as a printed copy of the docket in this matter.

2

Dated: January 6, 2021              *s/ Becky R. Thorson*
                                    BECKY R. THORSON
                                    United States Magistrate Judge